IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00897 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 - 2007

GREGORY C. LANGHAM
CLERK

THE SIMME AZIZ CORPORTION [sic], and
MR. SIMME AZIZ a/k/a MR. DAILY,

    Plaintiff,

v.

STATE OF COLORADO as a person, et al.,
JANICE MILLER, Dir. of Parole,
SARA PHELPS, Parole Officer,
ARI ZAVARAS, Classification,
JOHN VIGIL, Adams County,
DEFENDANTS IN THE PAROLE DEPT., who conspired to remain unknown et al.,
    individual, official personal capacity defendants,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiff Mr. Simme Aziz A/k/a Mr. Daily, has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion to Proceed In Forma Pauperis and Pay 10% of Monthly Partial Filing, a Motion to have the United States Marshalls [sic] Serve the Defendants, a Motion for Temporary Restraining Order C.R.CIV.P 26 (b) and Preliminary Injunction C.R.CIV.P 26 (a), and a Civil Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding

the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. **Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition**:
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

2

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of April, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **07 - CV - 00897**

Mr. Simme Abdul Aziz
a/k/a Mr. Daily
3744 S. Danube Cir
Aurora, CO 80013

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on   5-1-07

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk